IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CESAR GUAJARDO-PALMA,

    Plaintiff,

v.

SGT. MARTINSON, Mail Room Sgt;
JOHN/JANE DOE/All Mail Room Staff;

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-112-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____      3/15/10
Peter Oppeneer, Clerk of Court           Date